**Motion denied and Order filed January 12, 2023.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-22-00281-CR
NO. 14-22-00282-CR
NO. 14-22-00283-CR

_____

**CHRISTOPHER DI-MATHEW ARREAGA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 182nd District Court
Harris County, Texas
Trial Court Cause Nos. 1762750, 1685507, & 1685508**

## ORDER

Appellant is represented by appointed counsel, Nicole DeBorde Hochglaube. Appellant's brief was originally due **September 26, 2022.** We granted an extension of time to file appellant's brief until December 27, 2022. When we granted this extension, we noted that no further extensions would be granted absent exceptional circumstances. No brief was filed. On December 27, 2022, counsel filed a further

request for extension of time to file appellant's brief. To date, counsel has submitted no brief. We deny the request and issue the following order.

Accordingly, we order Nicole DeBorde Hochglaube to file a brief with the clerk of this court on or before **February 27, 2023**. If Nicole DeBorde Hochglaube does not timely file the brief as ordered, the court may issue an order requiring appointment of new counsel.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Bourliot and Wilson.